IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GILBERTO SANCHEZ, #17224-002, <br><br> Petitioner, <br><br> v. <br><br> WARDEN ALAN COHEN, FEDERAL BUREAU OF PRISONS, and UNITED STATES OF AMERICA, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CASE NO. 2:22-CV-417-WKW <br> [WO] |

## ORDER

Upon consideration of Plaintiff's Motion to Withdraw Without Prejudice (Doc. # 23), which is construed as a motion for dismissal without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that the motion is GRANTED. Accordingly, this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 29th day of November, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE